■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN TRICE, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Gorski, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL L. TAYLOR, Appellant. [823 NYS2d 705]—Motion to amend application for writ of error coram nobis dismissed as moot. Present—Gorski, J.P., Martoche, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE TRINIDAD, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Kehoe, J.P., Martoche, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL L. PINKARD, Appellant. [823 NYS2d 751]—Motion for writ of error coram nobis denied. Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.

■ In the Matter of CHARLES FISHER, on Behalf of Himself and as Representative of a Class of All Others Similarly Situated, Respondent, v BOARD OF EDUCATION OF WATERTOWN CITY SCHOOL DISTRICT et al., Appellants. (Appeal No. 3.) [823 NYS2d 704]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, A.P.J., Scudder, Kehoe and Gorski, JJ.

■ GARY MARILLO, Respondent, v BENJAMIN MOORE & Co. et al., Appellants. [823 NYS2d 705]—*Motion to vacate the order of this Court denied.* Present—Hurlbutt, A.P.J., Scudder, Gorski and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY FAIR, Appellant, v JAMES T. CONWAY, as Superintendent of Attica Correctional Facility, Respondent. [823 NYS2d 706]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.